**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 8, 2022

**JOYCE DE LA ROSA**,

Plaintiff,

Case No. 1:22-cv-02557-ALC

v.

**305 EAST 24TH OWNERS CORP,
PARKER EAST 24TH APARTMENTS,
LLC, PARKER 24 COMMERCIAL
ASSOCIATES, L.P. AND NYC DEALS
2ND AVE CORP,**

Defendants

## AGREED ORDER

This matter having come before the Court upon the above Stipulation For An Extension Of Time To Answer or Otherwise Respond To Plaintiff's Complaint, and the Court being otherwise fully advised in the premise,

IT IS ORDERED that the Defendants are granted an extension of time, through and including June 30, 2022, to file an answer or otherwise respond to Plaintiff's Complaint.

DATED this __8__ day of ___June_____, 2022

_____
The Honorable Andrew L. Carter, Jr.
United States District Court Judge